UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CR221-0043

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 1343 |
| | ) Wire Fraud |
| MACK DEVON KNIGHT | ) |
| | ) 18 U.S.C. § 1001(a)(3) |
| | ) False Document |
| | ) |
| | ) 18 U.S.C. § 1014 |
| | ) False Statement on Loan |
| | ) Application |
| | ) |
| | ) 18 U.S.C. § 1957 |
| | ) Monetary Transaction of |
| | ) Criminally Derived Property |
| | ) |
| | ) (SEALED) |
| | ) |
| | ) |
| | ) |

FILED
U.S. DISTRICT COURT
2021 OCT -5 P 8:04
CLERK
SO. DIST. OF GA.

## ORDER

The Government's motion to seal the Indictment is GRANTED until further Order of this Court.

SO ORDERED this 5th day of October, 2021.

_____
HON. CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA
Hon. Benjamin W. Cheesbro