# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) INDICTMENT NO. 2:21-CR-043 |
| | ) |
| **v.** | ) |
| | ) |
| **MACK DEVON KNIGHT** | ) |

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED that the above-styled Indictment, and all process issued thereunder, be unsealed.

SO ORDERED this 15th day of October, 2021.

_____
HON. BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA