AO 247 (Rev. 11/23) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Brunswick Division

| United States of America | ) |
|---|---|
| v. | ) Case No: 2:21CR00043-1 |
| Mack Devon Knight | ) USM No: 69778-509 |
| Date of Original Judgment: September 20, 2022 | ) |
| Date of Previous Amended Judgment: N/A | ) Scott G. Reddock |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ **DENIED.** ☒ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __29 months__ **is reduced to** __27 months*__.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

*This term consists of 27 months of imprisonment as to each of Counts 1 and 2, to be served concurrently.

Except as otherwise provided, all provisions of the judgment dated __September 20, 2022__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 8, 2024

Judge's signature

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
*Printed name and title*

Effective Date: _____
*(if different from order date)*